A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. 1983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

JUL - 7 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ALAN HOUCHEN )
C/o Paul Rein Facility #D-2-2-2 )
P.O.BOX # 407003 Ft. Lauderdal/Fla. )
33340 - 7003 )

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

v.

BROWARD SHERIFFS OFFICE (BSO) )
WELLPATH MEDICAL SERVICE )
CONTRACTED BY BROW. SHERIFFS )
DEPART. (D.O.D) )
DEPARTMENT OF DETENTION )

(Enter above the full name of the defendant or
defendants in this action.)

Bst/div 550
Case #
Judge _____ Mag. Reid
Motn Ifp _____ Fee pd $ 70
Receipt #

Instructions for Filing Complaint by Prisoners Under the
Civil Rights Act, 42 U. S. C. 1983

This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for you own records. **All copies of the complaint must be identical to the original.**

The clerk will not file your complaint unless it conforms to these instructions and to these forms.

Your complaint must be legibly handwritten or typed. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants are located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

1

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in other copy is for your records. After filling in the petition, authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes (✓)    No ( )

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit   ALAN HOUCHEN V.
        Plaintiffs: BROWARD COUNTY SHERIFFS OFFICE (D.O.D.)
        ALAN HOUCHEN # 13190/805

        Defendants: BROWARD COUNTY SHERIFFS OFFICE (D.O.D.)
        WELLPATH MEDICAL (CONTRACTED BY BSO, DOD.)

        2. Court (if federal court, name the district; if state court, name the county):
        US DIST COURT, SOUTHERN DIST. OF FLA.

        3. Docket Number: 0:20-CV-61158-UU (HOUCHEN V. BROW. SHERIFFS OFFICE)

        4. Name of Judge to whom case was assigned: MAGISTRATE JUDGE LISETTE M. REID / Judge URSULA UNGARO.

        5. Disposition ( for example: Was the case dismissed? Was it appealed? Is it still pending?):
        PENDING 6/25/20

        6. Approximate date of filing lawsuit: 6-12-20   9:21:12 2020

        7. Approximate date of disposition: _____

II. Place of present confinement: Paul Rein Facility Unit #D-2-2-2

2

Actual Facility located at: 2421 NW. 16TH Street Pompano Beach Fla. 33069

A. Is there a prisoner grievance procedure in this institution: Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is YES:
1. What steps did you take? Chain of Command, O.I.C. - SGT. - Kiosk computer system - Formal Grievances filed
2. What was the result? 12/11/19, Response given was - "you were seen by the HCP on 1/16/19. Never seen outside Doctor (optomologist) very painful and damaging to the Retina of the Right Eye, since have total sight in the Right eye.

D. If your answer is NO, explain why not: "NO" only result was on 2-14-20, After finally being told by a Dr. Berger (optomologist) outside dr. After 2½ months That "If you'd have gotten here when you noticed the problem, maybe your sight could have been saved.

III. Parties
( In item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.)

B. Defendant Alan Keith Houchen
Is employed as Suspended SSI Soc. Security Unemployed at Paul Rein Facility Incarcerated since Oct. 19

C. Additional Defendants: Unknown -

IV. Statement of Claim
State here as briefly as possible the **facts** of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.
( Use as much space as you need. Attach extra sheets if necessary.)

On 12/11/19, Advised Nurse of the dislocated lense on right eye as she was delivering medication & handed her a request to see Doctor - And Claimed/Declared a Medical Emergency. #3

cont →

Nurse looked in my eye only to tell me "she didn't see anything." On 12/16 a traveling Nurse came into unit D-2 (sick call nurse), She told me she would put me on the list to see the doctor. Approx a month later I was called to the clinic, to be advised that I had a partially detached lense on my right eye. Originally told MED. on 10/16/19, about previous eye surgery on right eye by Bascom Palmer Eye (Miami) 3 months prior to the complication occuring.

MED →   Feb 14th 20, I was taken via DOC. BSO to outside Dr., 2½ months after declaring Medical Emergency., Dr. Berger, optomologist confirmed that "You'll never be able to regain your sight after waiting 2½ months. Never given any type of prescription for eye.

Feb 20, Right eye became very irritating due to the rubbing of the partially detached lense between my eye lid - and Eye ball when blinking opening/closing eye - Eventually a week later given artificial tears, eye drops.

March 20, eye drops were gone - requested refill on eye drops denied for approx. 30 day.

BSO D.O.D →   Broward County Depart. of Detention, on 12-10-19 I received a disciplinary report re: refused to get up out of a wheelchair to get on a bus to go to court. Upon arriving here on Oct. 19, after being put into the wheelchair by a Dr. at Brow. Co. main Jail - A Deputy Hanley decided that she was authorized to make the determination that I didn't need the wheelchair, even though on my movement card clearly indicated (Van only) only to be transported by van. That Disciplinary Appeal was never responded to via Admin. Denied due process on appeal procedure. Deputy Hanley who F.A.B. Picked the Disciplinary Report - Took part in the Disp. Hearing itself - Creating a Clear case of Conflict of Interest & Bias in her presents.

V.    Relief
   **State briefly exactly what you want the court to do for you.**
   Make no legal arguments,   Cite no cases or statutes.
   Prior to having loss of my eyesight (Right eye), IF I'd have received the medical treatment required, To be able to see normally

4

cont →

The court can't bring back my sight, and I can't possibly put a price on my sight either. Have no idea what the compensation is for negligence – denial of medical attention is evaluated. Don't print rule books that state "we are capable of handling any medical needs HERE at the facility or by immediate outside medical attention." NOT TRUE

Signed this 26TH day of June, 2020

_Paul Reno Facility 2421 NW 16 Street_
_Pompano Beach Fla. 33069_
(Signature of plaintiff or plaintiffs)

**VERIFICATION**

State of Florida
County of Broward

I, Alan Keith Houclen, being first duly sworn, under oath, says: That he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

Signature of Plaintiff

Subscribed and sworn to before me this 26TH day of June, 2020

※ Refused Notary Service By Dept. of Det. for the past (4) months. (Have kiosk printout where it wasn't done as requested)

Civil Lawsuit being processed @
→ Broward County Court — Civil Division
201 S.E. 6TH Street Room #120
Ft. Lauderdale, Florida 33301-3303

(Pro'se) No attorney indigent application
in process. 6/25/20

⟩ 1 — OTHER LAWSUIT PENDING:

DEFENDANT

1.) Broward Sheriffs Office
    Dept. of Detention —

2.) Well Path Medical —
    (contracted by Brow. Co. Sheriffs Dept.
    Dept. of Detention)

RE: Medical - Negligence

BSO. DOD - 1) denial of due-process
           2) denial of civil rights of a disabled person
              at the time was confined to a wheelchair.

Ordered out of a wheelchair to attend court,
After Certified Med. Doctor placed me into a wheelchair.
" Specificly ordered to be transported via van "
on contact / movment card.
Disciplinary Report written via D.O.D. Not being able to get
out of wheelchair — to board a Bus.

Address: Alan R Houchens 2421 NW 16th STREET Pompano Beach Fla 33069
C/o Paul Rein Facility #D-2-2-2

DOB 10/03/57   Age 62

W/M.

Social Security _ _ _ _ _ _ 1760

Suspended S.S.I. Social Security.
Since Oct. 2019.

Employ: Unemployed - Unable to work
Legally left Blind in One Eye By Medical &
Broward Sheriffs Office O.O.D.

PREVIOUS LAWSUIT PENDING
_____

Cont →



Hohenen, Alan # 131901805
C/o Paulred Facility # 0-2-2-2
2421 N.W. 16TH STREET
Pompano Beach, Florida
33069

"LEGAL MAIL"
ENCLOSED:

United States District Court
Southern District of Florida
Office of the Clerk, Room # 8N09
400 North Miami, Avenue
Miami, Florida 33128-7716

LEGAL MAIL 6/24/20

"LEGAL MAIL"
ENCLOSED: