UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-61360-BLOOM/Reid

ALAN KEITH HOUCHEN,

    Plaintiff,

v.

BROWARD COUNTY SHERIFFS
OFFICE, *et al*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Plaintiff is currently incarcerated and is proceeding *pro se*. As a result, this case was automatically referred to Magistrate Judge Lisette M. Reid pursuant to Administrative Order 2019-2. ECF No. [2]. Plaintiff filed a complaint on July 7, 2020 asserting claims pursuant to 42 U.S.C. § 1983. ECF No. [1] ("Complaint"). Upon review, the Complaint contains allegations that are duplicative of the allegations at issue in Case No. 20-cv-61158-UU.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Court **WITHDRAWS** the reference, **ECF No. [2]**.
2. The Complaint is **DISMISSED** as duplicative of Case No. 20-cv-61158-UU. Plaintiff may continue his litigation in that case.
3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.
4. The Clerk of Court shall **CLOSE** this case.

Case No. 19-cv-62747-BLOOM/Reid

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 17, 2020.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Alan Keith Houchen
131901805
Paul Rein Detention Facility
Inmate Mail/Parcels
2421 NW 16 Street
Pompano Beach, FL 33069